941 A.2d 685

**Albert ROBUS, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Feb. 4, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of February, 2008, the Application for Leave to File Original Process and the Request for Leave to Amend the Petition are **GRANTED.** The Petition for Writ of Habeas Corpus, the Request for Appointment of Counsel, the Motion to Quash/Dismiss the Pennsylvania Board of Probation and Parole's Answer, and the Motion to Quash/Dismiss

the Pennsylvania Department of Corrections' Answer are **DE-NIED.**